**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| TRUE RAILROAD ASSOCIATES, L.P., | : No. 142 MM 2015 |
| | : |
| Petitioner | : Appeal from the Order of the Superior |
| | : Court at No. 1000 MDA 2015, dated |
| | : October 8, 2015 |
| v. | : |
| | : |
| | : |
| AMES TRUE TEMPER, INC., | : |
| | : |
| Respondent | : |

| | |
|---|---|
| TRUE RAILROAD ASSOCIATES, L.P., | : No. 143 MM 2015 |
| | : |
| Petitioner | : Appeal from the Order of the Superior |
| | : Court at No. 1001 MDA 2015, dated |
| | : October 8, 2015 |
| v. | : |
| | : |
| | : |
| AMES TRUE TEMPER, INC., | : |
| | : |
| Respondent | : |

| | |
|---|---|
| TRUE RAILROAD ASSOCIATES, L.P., | : No. 144 MM 2015 |
| | : |
| Petitioner | : Appeal from the Order of the Superior |
| | : Court at No. 1311 MDA 2015, dated |
| | : October 8, 2015 |
| v. | : |
| | : |
| | : |
| AMES TRUE TEMPER, INC., | : |
| | : |
| Respondent | : |

| | |
|---|---|
| TRUE RAILROAD ASSOCIATES, L.P., | : No. 145 MM 2015 |
| | : |
| Petitioner | : Appeal from the Order of the Superior |
| | : Court at No. 1312 MDA 2015, dated |
| | : October 8, 2015 |
| v. | : |

```
                                    :
                                    :
AMES TRUE TEMPER, INC.,             :
                                    :
        Respondent                  :
                                    :
TRUE RAILROAD ASSOCIATES, L.P.,     :    No. 146 MM 2015
                                    :
        Petitioner                  :    Appeal from the Order of the Superior
                                    :    Court at No. 1448 MDA 2015, dated
                                    :    October 8, 2015
        v.                          :
                                    :
                                    :
AMES TRUE TEMPER, INC.,             :
                                    :
        Respondent                  :
```

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW,** this 26th day of October, 2015, Petitioner's Expedited Application for Stay Pending Appeals is hereby **DENIED**.